Pamela B. Petersen, No. 011512
Amy L. Nguyen, No. 023383
Axon Enterprise, Inc.
17800 N. 85th Street
Scottsdale, Arizona 85255-9603
Telephone: (623) 326-6016
Fax: (480) 905-2027
ppetersen@axon.com
amynguyen@axon.com

Attorneys for Plaintiff Axon Enterprise, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| AXON ENTERPRISE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>VIEVU, LLC, a Washington Limited Liability company,<br><br>    Defendant. | **Case No: 2:17-cv-01632-DLR**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that this matter be dismissed with prejudice, each Party to bear its own attorney's fees and costs.

DATED this 15th day of February, 2018.

/s/ Kevin Bonner (with permission)
Kevin Bonner (017944)
Ray K. Harris (007408)
Mario Vasta (033254)
FENNEMORE CRAIG, P.C.
2394 E Camelback Road, Suite 600
Phoenix, AZ 85016-3429
kbonner@fclaw.com
rharris@fclaw.com
mvasta@fclaw.com
*Attorneys for Defendant VIEVU, LLC*

/s/  Pam Petersen
Pamela B. Petersen (011512)
Amy L. Nguyen (023383)
AXON ENTERPRISE, INC.
17800 N. 85th Street
Scottsdale, Arizona 85255-9603
ppetersen@axon.com
amynguyen@axon.com
*Attorneys for Plaintiff Axon Enterprise, Inc.*